IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 1:07-CV-00383-T

| | |
|---|---|
| JACKIE C. LANEY, and Spouse<br>KEVIN D. LANEY,<br><br>    Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, AMERICAN INVESTORS, LLC, d/b/a RECO USA

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant, American Investors, LLC, d/b/a RECO USA ("American Investors"), hereby stipulate to the dismissal of any and all of Plaintiffs' claims against American Investors with prejudice.

**IT IS, THEREFORE, ORDERED** that the claims of Plaintiffs are dismissed with prejudice against American Investors.  Each party is to bear its own costs and attorneys fees.

Signed: December 5, 2008

_____
Lacy H. Thornburg
United States District Judge

APPROVED FOR ENTRY:

| | |
|---|---|
| s/Janet Ward Black, Esq. | s/Peter A. Santos, Esq. |
| NC Bar No. 12869 | Pa. I.D. No. 55852 |
| Attorneys for Plaintiffs | NC Bar No. 32040 |
| WARD BLACK LAW | Lacey M. Moore, Esq. |
| 208 W. Wendover Ave. | NC Bar No. 30652 |
| Greensboro, NC 27401 | Attorneys for Defendant |
| Telephone: (336) 273-3812 | American Investors, LLC |
| Fax: (336) 379-9415 | NEXSEN PRUET, PLLC |
| Telephone: (336) 273-3812 | 201 S. Tryon Street, Suite 1200 |
| E-mail: jwblack@wardblacklaw.com | Charlotte, NC 28202 |
| | Telephone: (704) 338-5300 |
| | Fax: (704) 338-5377 |
| | E-mail: psantos@nexsenpruet.com |
| | E-mail: lmoore@nexsenpruet.com |